No. 72–881. WAINWRIGHT, CORRECTIONS DIRECTOR *v.* ARRANT. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 72–5607. SIRHAN *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 70–5260. HARPER *v.* CICCONE, MEDICAL CENTER DIRECTOR, 404 U. S. 841;

No. 71–1648. NAPOLITANO *v.* WARD, JUSTICE, SUPREME COURT OF ILLINOIS, ET AL., 409 U. S. 1037;

No. 71–6759. HUTCHINSON *v.* CRAVEN, WARDEN, 409 U. S. 979;

No. 72–590. ANDERS *v.* UNITED STATES, 409 U. S. 1064; and

No. 72–5430. FLETCHER *v.* BRIERLEY, CORRECTIONAL SUPERINTENDENT, 409 U. S. 1044. Motions for leave to file petitions for rehearing denied.

No. 72–564. BOARD OF EDUCATION OF CENTRAL DISTRICT No. 1 OF THE TOWN OF ADDISON ET AL. *v.* JAMES, 409 U. S. 1042. Motion of Commissioner of Education for leave to file a brief as *amicus curiae* in support of rehearing granted. Motion for leave to file petition for rehearing denied.

No. 72–5513. CORRADO, DBA PERRY'S SECOND HAND PLUMBING *v.* PROVIDENCE REDEVELOPMENT AGENCY, 409 U. S. 1003; and

No. 72–5514. CORRADO *v.* PROVIDENCE REDEVELOPMENT AGENCY, 409 U. S. 1011. Motion for leave to file petitions for rehearing now and a later date denied.